JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/3/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
FEB - 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. VEGA,<br><br>           Petitioner,<br><br>    vs.<br><br>McDONALD, Superintendent, et al.,<br><br>           Respondent. | Case No.  CV 08-6883-DSF (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

1/29/08

DATED: _____

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE